KEVIN V. RYAN, CSBN 118321
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6915
   FAX: (415) 436-7169

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KAVEH ASHRAFI, <br>             Petitioner, <br>     v. <br> DAVID STILL, District Director, U.S. Department of Homeland Security, Bureau of Citizenship and Immigration Services, San Francisco District; EMILIO T. GONZALEZ, Director, U.S. Department of Homeland Security, Bureau of Citizenship and Immigration Services; MICHAEL CHERTOFF, U.S. Secretary of Homeland Security, <br>             Respondents. | Case No. 06-2200 SC <br><br> **STIPULATION TO DISMISS; AND [PROPOSED] ORDER** |

      The petitioner, by and through his attorneys of record, and respondents, by and through their attorneys of record, hereby stipulate to dismiss the above-entitled action without prejudice because the United States Citizenship and Immigration Services intends to approve the petitioner's application for naturalization within one week of the filing of this stipulation to dismiss and is scheduling an oath ceremony for the petitioner for August 8, 2006.

STIPULATION TO DISMISS
C06-2200 SC                          1

| | |
|---|---|
| Date: July 20, 2006 | Respectfully submitted, |
| | KEVIN V. RYAN<br>United States Attorney |
| | |
| | /s/<br>EDWARD A. OLSEN[1]<br>Assistant United States Attorney<br>Attorneys for Respondents |
| Date: July 20, 2006 | /s/<br>CECILLIA D. WANG, ESQ.<br>AMERICAN CIVIL LIBERTIES UNION<br>IMMIGRANTS' RIGHTS PROJECT<br>Attorneys for Petitioner |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:   7/25/06

_____
SAMUEL CONTI
United States District Judge

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA; Stamp: IT IS SO ORDERED, signature, Judge Samuel Conti]

---

[1] I, Edward A. Olsen, attest that both Cecillia D. Wang and I have signed this stipulation.

STIPULATION TO DISMISS
C06-2200 SC                                         2